TIMOTHY COURCHAINE
United States Attorney
District of Arizona
FERNANDA MUNOZ
Special Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Attorneys for Plaintiff

☒ FILED  ☐ LODGED

**Dec 08 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> Jony Almonte-Morales, <br><br> Defendant. | CR 25-05317-JEM <br><br> **INFORMATION** <br><br> Violation: <br><br> 19 U.S.C. §§ 1459(a), (e)(1), & (g) <br> (Reporting Requirements for Individuals) <br> (Class A Misdemeanor) |

THE UNITED STATES ATTORNEY CHARGES:

On or about December 7, 2025, in the District of Arizona, at or near Douglas, Arizona, Jony Almonte-Morales, upon arrival in the United States other than by vessel, vehicle, or aircraft intentionally failed to enter the United States at a border crossing point designated by the Secretary of the Department of Homeland Security or immediately failed to report their arrival and present themselves for inspection to a Customs Officer at a facility designated by immigration officials for that crossing point; all in violation of Title 19, United States Code, Sections 1459(a), (e)(1), & (g), a Class A misdemeanor.

December 8, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

FERNANDA MUNOZ
Special Assistant U.S. Attorney